COPIED FOR
IMAGE Quality

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

CASE NO.° 3.07cv274-mcr/
Emt

1.) TERRELL OMAR GIBSON

PLAINTIFF

V.

1.) CHARLIE J. CRIST

2.) ROBERT A. BUTTERWORTH

3.) KEN ALLMAN

4.) DONNA ARDUIN

5.) TOM GALLAGHER

6.) JAMES R. MCDONOUGH

7.) MICHAEL D. WOLFE

8.) MICHAEL HICKS

9.) JOHN DOE 2

DEFENDANTS

PROVIDED TO
SANTA ROSA C.I.

JUN 2 4 2007

FOR MAILING  T. G.

CIVIL ACTION FOR FEDERAL AND COMMON LAW

COPYRIGHT VIOLATIONS, LANHAM

TRADENAME ACT VIOLATIONS, A UNIFORM

COMMERCIAL CODE (UCC) VIOLATION, DUE

PROCESS VIOLATION, AND FOR BREACH OF

OFFICE OF CLERK
U.S. DISTRICT CT.
NORTHERN DIST. FLA.
TALLAHASSEE, FLA.

2007 JUN 27  PM 1: 36

1.) ALL DEFENDANTS ARE BEING SUED IN

THEIR INDIVIDUAL CAPACITIES.

FILED

CONTRACT.

BASIS FOR JURISDICTION.

THIS HONORABLE COURT HAS JURISDICTION OVER THE FEDERAL COPYRIGHT VIOLATIONS STATED HEREIN, PURSUANT TO THE U.S. CONST. ART. I, §8, CL. 8, THE 1976 COPYRIGHT ACT, 17 U.S.C. §401(A), AND ARTHUR RUTENBERG HOMES, INC. V. DREW HOMES, INC., 29 F.3D 2529 (11TH CIR. 1994). THIS HONORABLE COURT HAS JURISDICTION OVER THE LANHAM TRADENAME ACT VIOLATIONS STATED HEREIN, PURSUANT TO 15 U.S.C. §1125, RADISSON HOTELS INTERN. V. AMELIA INVESTMENTS, 777 F.SUPP. 932 (M.D. FLA. 1991), AND THE UCC. THIS HONORABLE COURT HAS JURISDICTION OVER THE DUE PROCESS VIOLATION STATED HEREIN, PURSUANT TO THE U.S. CONST. AMENDS. 5 AND 14, 42 U.S.C. §1983 AND BECAUSE SAID DUE PROCESS VIOLATION IS INTERTWINED WITH EVERY OTHER VIOLATION STATED HEREIN. THIS HONORABLE COURT HAS JURISDICTION OVER THE BREACH OF CONTRACT VIOLATIONS STATED HEREIN, PURSUANT TO THE U.S. CONST. ART. I, §10, CL I, RADISSON HOTELS INTERN. SUPRA, AND BECAUSE SAID CONTRACT VIOLATIONS ARE INERTWINED WITH EVERY OTHER VIOLATION STATED HEREIN. FINALLY, THIS HONORABLE COURT HAS

JURISDICTION OVER ALL THE COMMON LAW
AND STATUTORY VIOLATIONS STATED HEREIN,
BECAUSE ALL OF THE FOREGOING VIOLATIONS, ARE
INTERTWINED WITH EVERY OTHER VIOLATION
STATED HEREIN.

PARTIES.

PLAINTIFF.

1.) NAMES: MR. TERRELL OMAR GIBSON
    DOC#: 153709
    ADDRESS: UNION CORRECTIONAL INSTITUTION
             7819 NORTHWEST 228 TH STREET
             RAIFORD, FLORIDA 32026

DEFENDANTS.

1.) NAMES: MR. CHARLIE J. CRIST
    OFFICIAL POSITION: FLORIDA GOVERNOR
    ADDRESS: OFFICE OF THE GOVERNOR
             THE CAPITOL
             400 SOUTH MONROE STREET
             TALLAHASSEE, FLORIDA 32399

2.) NAMES: MR. ROBERT A. BUTTERWORTH
    OFFICIAL POSITION: SECRETARY OF STATE
    ADDRESS: THE CAPITOL
             400 SOUTH MONROE STREET
             TALLAHASSEE, FLORIDA 32399

3

3.) NAME: KEN ALLMAN (JOHN DOE)
OFFICIAL POSITION: DIRECTOR OF
ADMINISTRATION.
ADDRESS: THE CAPITOL
400 SOUTH MONROE STREET
TALLAHASSEE, FLORIDA 32399

4.) NAME: DONNA ARDUIN (MARI OR JOHN DOE)
OFFICIAL POSITION: DIRECTOR OF PLANNING
AND BUDGET.
ADDRESS: THE CAPITOL
400 SOUTH MONROE STREET
TALLAHASSEE, FLORIDA 32399

5.) NAME: TOM GALLAGHER (JOHN DOE)
OFFICIAL POSITION: STATE TREASURER
AND INSURANCE COMMISSIONER.
ADDRESS: THE CAPITOL
400 SOUTH MONROE STREET
TALLAHASSEE, FLORIDA 32399

6.) NAME: JAMES R. MCDONOUGH
OFFICIAL POSITION: SECRETARY OF THE
FLORIDA DEPARTMENT OF CORRECTION.
ADDRESS: 2601 BLAIR STONE ROAD
TALLAHASSEE, FLORIDA 32399

7.) NAME: MICHAEL D. WOLFE (JOHN DOE)
OFFICIAL POSITION: DEPUTY SECRETARY
OF THE FLORIDA DEPARTMENT OF CORRECTIONS.

4

ADDRESS: 2601 BLAIR STONE ROAD

TALLAHASSEE, FLORIDA 32399

8.) NAME: MICHAEL HICKS

OFFICIAL POSITION: WARDEN OF UNION

CORRECTIONAL INSTITUTION.

ADDRESS: UNION CORRECTIONAL

INSTITUTION.

7819 NORTHWEST 228TH STREET

RAIFORD, FLORIDA 32026

9.) NAME: JOHN DOE

OFFICIAL POSITION: DIRECTOR OF

FEDERAL TAX DISTRIBUTION.

ADDRESS: U.S. SENATE

WASHINGTON, D.C. 20510

STATEMENT OF FACTS.

1) THAT AS SHOWN BY THE PARTIES SECTION

OF THIS ACTION, THE FIRST (1ST) SEVEN (7)

DEFENDANTS IN THIS ACTION ARE LOCATED IN

TALLAHASSEE, FLORIDA, IN THE JURISDICTION OF

THIS HONORABLE COURT, AND DEFENDANTS

EIGHT (8) AND NINE (9), AND THE PLAINTIFF,

ARE LOCATED OUTSIDE THIS HONORABLE COURTS

JURISDICTION.

STATEMENT OF FACTS, CONTINUED.

2.) THAT IN THIS ACTION EACH DEFENDANT, WILL BE REFERRED TO AS "DEFENDANT", FOLLOWED BY THE NUMERICAL NUMBER LISTED NEXT TO THEIR NAMES AS SHOWN IN THE CAPTION OF THIS ACTION, AND THE PLAINTIFF, WILL BE REFERRED TO AS THE "PLAINTIFF."

3.) THAT THE PLAINTIFF, OBTAINED A COMMON LAW COPYRIGHT AND TRADENAME SECURITY INTEREST, IN THE NAME "TERRELL OMAR GIBSON", AND ALL DERIVATIVES AND VARIATIONS IN THE SPELLING, ETC. OF THE FOREGOING ON MAY 26, 1977.

4.) THAT THE PLAINTIFF, HAS MADE A SUBSTANTIAL AMOUNT OF MONEY OFF THE USAGE OF THE NAME "TERRELL OMAR GIBSON", FOR OVER TWO (2) DECADES IN THE BAHAMAS, FLORIDA, AND SEVERAL OTHER STATES IN THE U.S.A.

5.) THAT AS IT CONCERNS THE PLAINTIFFS SECURITY INTEREST IN THE NAME "TERRELL OMAR GIBSON", AS IT RELATES TO HIS COPYRIGHTED AND TRADENAME INTEREST IN THE FOREGOING, THE PLAINTIFF, HAS USED SAID NAME IN COMMERCE IN THE BAHAMAS, FLORIDA, AND SEVERAL OTHER STATES IN THE U.S.A.

STATEMENT OF FACTS, CONTINUED.

FOR OVER TWO (2) DECADES.

6.) THAT THE PLAINTIFF, WROTE A BOOK
ENTITLED "TERRELL OMAR GIBSON" TERREL OMAR
GIBSON", WHICH STATES ALL THE DERIVATIVES
AND VARIATIONS IN THE SPELLING, ETC. OF THE
FOREGOING NAMES IN SAID BOOK, ON MARCH 5th,
2007.

7.) THAT THE PLAINTIFF, COPYRIGHTED THE
FOREGOING BOOK WITH THE LIBRARY OF
CONGRESS, ON MARCH 9th, 2007. (EXHIBIT A).

8.) THAT THE LIBRARY OF CONGRESS,
COPYRIGHT REGISTRATION NUMBER ON THE
FOREGOING BOOK IS "

9.) THAT THE PLAINTIFF, HEREBY
INCORPORATES THE FOREGOING BOOK, WHICH IS
ATTACHED HERETO AND MARKED EXHIBIT B,
INTO THIS STATEMENT OF FACTS AND MAKES
THEM ONE(1).

10.) THAT THE PLAINTIFF, THROUGH HIS FILING
OF A U.C.C.-I FINANCING STATEMENT FORM
WITH THE FLORIDA DEPARTMENT OF STATE,

2) UNIFORM COMMERCIAL CODE.

STATEMENT OF FACTS, CONTINUED.

FLORIDA SECURED TRANSACTION REGISTRY, P.O.
BOX 6327, TALLAHASSEE, FLORIDA 32314,
CREATED A PRIVATE AND PUBLIC NOTICE OF
HIS SUPERIOR SECURITY INTEREST, CLAIM, AND
LIEN AGAINST "TERRELL OMAR GIBSON TERREL
OMAR GIBSON," ALL DERIVATIVES AND
VARIATIONS IN THE SPELLING, ETC. OF THE
FOREGOING, AND ALL COLLATERAL, PROPERTY,
ETC. ASSOCIATED DIRECTLY AND/OR INDIRECTLY
WITH "TERRELL OMAR GIBSON TERREL OMAR
GIBSON." ON THE FOREGOING U.C.C.-1 FINANCING
STATEMENT, THE PLAINTIFF, LISTED HIMSELF
(Terrell omar Gibson), AS THE SECURED PARTY,
AND "TERRELL OMAR GIBSON TERREL OMAR
GIBSON" AS THE DEBTOR'S ORGANIZATION
NAME / A PRIVATE ENS LEGIS/TRUST,
COMMERCIAL TRANSMITTING UTILITY. THIS
U.C.C.-1 WAS FILED ON MARCH 22nd 2007. (EXHIBIT C).

(1.) THAT THE FILE NUMBER ON THE
FOREGOING U.C.C.-1 FINANCING STATEMENT
IS

(2.) THAT THE PLAINTIFF, HEREBY
INCORPORATES THE FOREGOING U.C.C.-1
FINANCING STATEMENT, WHICH IS
ATTACHED HERETO AND MARKED EXHIBIT
D, INTO THIS STATEMENT OF FACTS AND

8

STATEMENT OF FACTS, CONTINUED.

MAKES THEM ONE (1).

(13.) THAT THE PLAINTIFF, BY WAY OF A COMMON LAW COPYRIGHT AND TRADENAME NOTICE, THAT WAS INDIVIDUALLY SERVED ON EACH DEFENDANT AND THE PUBLIC, AGAIN GAVE PRIVATE AND PUBLIC NOTICE OF HIS SECURITY INTEREST AND RIGHTS, IN THE NAMES "TERRELL OMAR GIBSON" AND "TERREL OMAR GIBSON", AND ALL DERIVATIVES AND VARIATIONS IN THE SPELLING, ABBREVIATING, ETC. OF THE FOREGOING NAMES, ON APRIL 30th, 2007 (EXHIBIT E).

(14.) THAT THE PLAINTIFF, HEREBY INCORPORATES THE FOREGOING COMMON LAW COPYRIGHT AND TRADENAME NOTICE, WHICH IS ATTACHED HERETO AND MARKED EXHIBIT E, INTO THIS STATEMENT OF FACTS AND MAKES THEM ONE (1).

(15.) THAT THE PLAINTIFF, HAS NEVER GAVE ANYBODY PERMISSION, CONSENT, ETC. TO USE HIS PROPERTY (TERRELL OMAR GIBSON AND/OR TERREL OMAR GIBSON).

(16.) THAT NO COURT, ETC HAS EVER DENIED THE PLAINTIFF ANY RIGHTS, ETC. TO HIS PROPERTY (TERRELL OMAR GIBSON AND/OR

9

STATEMENT OF FACTS, CONTINUED.

TERREL OMAR GIBSON)

17.) THAT THE PLAINTIFF, HAS USED "TERRELL OMAR GIBSON" IN COMMERCE FOR APPROXIMATELY TWO (2) DECADES, AND "TERREL OMAR GIBSON" IN COMMERCE FOR OVER TWO (2) YEARS.

18.) THAT THE PLAINTIFF, HAS A MONETARY INTEREST IN "TERRELL OMAR GIBSON" AND "TERREL OMAR GIBSON" THAT EXCEEDS FIVE HUNDRED MILLION DOLLARS ($500,000,000).

19.) THAT EACH OF THE DEFENDANTS, HAVE UNLAWFULLY USED AND CONTINUE TO USE "TERRELL OMAR GIBSON" AND "TERREL OMAR GIBSON" IN COMMERCE, IN THE FURTHERANCE OF FLORIDA DEPARTMENT OF CORRECTIONS AFFAIRS, WITHOUT AUTHORIZATION AND PERMISSION FROM THE PLAINTIFF.

20.) THAT THE DEFENDANTS, USAGE OF "TERRELL OMAR GIBSON" AND "TERREL OMAR GIBSON", HAS MADE THE DEFENDANTS A SUBSTANTIAL AMOUNT OF MONEY, AND CAUSED THE PLAINTIFF TO LOSE A SUBSTANTIAL AMOUNT OF MONEY.

21.) THAT THE DEFENDANTS, ARE USING

STATEMENT OF FACTS, CONTINUED.

"TERRELL OMAR GIBSON" AND "TERREL OMAR
GIBSON" IN WASHINGTON, D.C., AND IN FLORIDA,
WHERE "TERREL OMAR GIBSON" AND "TERREL
OMAR GIBSON" EXIST AND ARE OPERATED BY THE
PLAINTIFF.

   22.) THAT EACH DEFENDANT, HAS ALREADY:
(1) AGREED, DECLARED, ETC. THAT THEIR USAGE OF
"TERREL OMAR GIBSON" AND "TERREL OMAR
GIBSON", IS UNAUTHORIZED AND UNLAWFUL; (2)
TO BE SUED FOR THE MATTERS STATED HEREIN,
AND PAY THE DAMAGES STATED HEREIN; AND
(3) WAIVE ANY AND ALL DEFENSES (EXHIBIT E).

11.

STATEMENT OF CLAIM.

THE COPYRIGHT AND PATENT CLAUSE GIVES CONGRESS THE POWER "TO PROMOTE THE PROGRESS OF SCIENCE AND USEFUL ARTS BY SECURING FOR LIMITED TIMES TO AUTHORS AND INVENTORS THE EXCLUSIVE RIGHTS TO THEIR RESPECTIVE WRITINGS AND DISCOVERIES." U.S. CONST. ART. I, § 8, CL 8.

THE PLAINTIFF, OBTAINED A COMMON LAW COPYRIGHT AND TRADENAME SECURITY INTEREST IN THE NAME "TERRELL OMAR GIBSON", AND ALL DERIVATIVES AND VARIATIONS IN THE SPELLING, ABBREVIATING, ETC. OF THE FOREGOING ON MAY 26, 1977, PRIOR TO THE ENACTMENT OF THE COPYRIGHT ACT OF 1976, WHICH DIDN'T COME INTO PLAY UNTIL 1978. COPYRIGHT ACT OF 1976.

COPYRIGHT INHERES IN AUTORSHIP AND EXISTS WHETHER OR NOT IT IS EVER REGISTERED. 17 U.S.C. § 408 (A); ARTHUR RUTENBER HOMES, INC. V. DREW HOMES, INC., 29 F.3D 1529 (11TH CIR. 1994).

THAT THE PLAINTIFF, HAS MADE A SUBSTANTIAL AMOUNT OF MONEY OFF THE USAGE OF THE NAME "TERRELL OMAR GIBSON" FOR OVER TWO (2) DECADES IN THE BAHAMAS, FLORIDA, AND SEVERAL OTHER STATES IN THE

STATEMENT OF CLAIM, CONTINUED.

U.S.A. (SEE STATEMENT OF FACTS, PARAGRAPHS 2, 3,
AND 17).

THE PLAINTIFF, COPYRIGHTED "TERRELL OMAR
GIBSON, TERREL OMAR GIBSON," AND ALL DERIVATIVES,
AND VARIATIONS IN THE SPELLING, ABBREVIATING,
ETC. OF THE FOREGOING, WITH THE LIBRARY OF
CONGRESS ON MARCH 5th, 2007. (SEE STATEMENT
OF FACTS, PARAGRAPHS 6-9 AND EXHIBITS A AND B).

THE PLAINTIFF, BY WAY OF A COMMON LAW
COPYRIGHT AND TRADENAME NOTICE, THAT WAS
INDIVIDUALLY SERVED ON EACH DEFENDANT AND
THE PUBLIC, AGAIN GAVE PRIVATE AND PUBLIC
NOTICE, OF HIS SECURITY INTEREST AND RIGHTS,
IN THE NAMES "TERRELL OMAR GIBSON" AND
"TERREL OMAR GIBSON," AND ALL DERIVATIVES
AND VARIATIONS IN THE SPELLING, ABBREVIATING
ETC OF THE FOREGOING NAMES, ON APRIL 30th,
2007. (SEE STATEMENT OF FACTS, PARAGRAPHS 13-14,
AND EXHIBITS E       ).

COPYRIGHT INHERES IN AUTHORSHIP AND
EXISTS WHETHER OR NOT IT IS EVER REGISTERED.
17 U.S.C. §408(A); ARTHUR RUTENBERG HOMES, INC.
SUPRA.

A CASE ARISES UNDER COPYRIGHT LAW, AND

13

STATEMENT OF CLAIM, CONTINUED.

IS THUS WITHIN THE EXCLUSIVE JURISDICTION OF THE
FEDERAL COURTS, IF A WELL-PLEADED COMPLAINT
ESTABLISHES EITHER THAT COPYRIGHT LAWS
CREATE THE CAUSE OF ACTION OR THAT PLAINTIFFS
RIGHT TO RELIEF, NECESSARY DEPENDS ON THE
RESOLUTION OF A SUBSTANTIAL QUESTION OF
COPYRIGHT LAWS. EMSA LAND PARTNERSHIP
V. LINCOLN, 691 SO.2D 547 (FLA. 4TH DCA 1997).

A WORK FALLS INTO THE SUBJECT MATTER
COVERED BY THE COPYRIGHT ACT EVEN IF THE
WORK "FAILS TO ACHIEVE FEDERAL STATUTORY
COPYRIGHT STATUS BECAUSE IT IS TO MINIMAL OR
LACKING IN ORIGINALITY TO QUALIFY, OR BECAUSE
IT HAS FALLEN INTO THE PUBLIC DOMAIN." H.R.
REP. NO.1476, 94TH CONG., 2D SESS. AT 131,
REPRINTED IN 1976 U.S. CODE CONG. AND ADMIN.
NEWS AT 5659, 5747.

THE PLAINTIFF, OBTAINED A COMMON LAW
TRADENAME SECURITY INTEREST IN THE NAME
"TERRELL OMAR GIBSON," AND ALL DERIVATIVES
AND VARIATIONS IN THE SPELLING,
ABBREVIATING, ETC. OF THE FOREGOING, ON MAY 26,
1977. (SEE STATEMENT OF FACTS, PARAGRAPH 3).

THE PLAINTIFF, THROUGH HIS FILING OF A
UNIFORM COMMERCIAL CODE ONE (1) (UCC-1)

14

STATEMENT OF CLAIM, CONTINUED.

FINANCING STATEMENT FORM, WITH THE
DEPARTMENT OF STATE, FLORIDA SECURED
TRANSACTION REGISTRY, PERFECTED HIS
SECURITY INTEREST IN TRADENAMES
"TERRELL OMAR GIBSON" AND "TERREL OMAR
GIBSON". (SEE STATEMENT OF FACTS, PARAGRAPHS
10-12, AND EXHIBITS C AND D).

THE PLAINTIFF, BY WAY OF A COMMON
LAW COPYRIGHT AND TRADENAME NOTICE,
THAT WAS INDIVIDUALLY SERVED ON EACH
DEFENDANT AND THE PUBLIC, GAVE PRIVATE
AND PUBLIC NOTICE OF HIS SECURITY
INTEREST AND RIGHTS, IN TRADENAMES
"TERRELL OMAR GIBSON" AND "TERREL OMAR
GIBSON", AND ALL DERIVATIVES AND VARIATIONS
IN THE SPELLING, ABBREVIATING, ETC. OF THE
FOREGOING TRADENAMES, ON APRIL 30th, 2007. (SEE
STATEMENT OF FACTS, PARAGRAPHS 13 AND 14, AND
EXHIBITS E )

THE COMMON AND STATUTE LAWS OF ENGLAND
WHICH ARE OF A GENERAL AND NOT A LOCAL
NATURE ... DOWN TO THE 4TH DAY OF JULY, 1776,
ARE DECLARED TO BE OF FORCE IN THIS STATE ....
FLA. STAT. 2.01 (2006).

A MAN MAY ACQUIRE THE RIGHT OF A

-5

STATEMENT OF CLAIM, CONTINUED,

TRADE-MARK, IN HIS NAME, AND NO OTHER PERSON
HAS THE RIGHT TO ADOPT HIS LABEL OR TRADE-
MARK. ... JAMES V. DR. P. PHILLIPS CO., INC., 155
SO. 661 (FLA. 1934).

A PERSON HAS A CERTAIN PROPERTY RIGHT
IN HIS OWN NAME OR TRADE-NAME, WHICH
COURTS WILL PROTECT FROM INVASION.....ID.

IN ORDER TO RECOVER FOR TRADENAME
VIOLATION UNDER THE LANHAM ACT, PLAINTIFF,
MUST SHOW THAT DEFENDANTS USED NAMES
AND SYMBOLS, AND THAT NAMES AND SYMBOLS
WERE USED IN COMMERCE. LANHAM TRADENAME
ACT, § 43, 43 (A); 15 U.S.C.A. 31125, 1125 (A);
RADISSON HOTELS INTERN V. AMELIA INVESTMENTS,
777 F. SUPP. 932 (M.D. FLA. 1991) (STATEMENT OF
FACTS, PARAGRAPHS 19 AND 20).

THAT §(1) NO COURT, ETC. HAS EVER DENIED
THE PLAINTIFF, ANY RIGHTS, ETC. TO "TERRELL OMAR
GIBSON" AND "TERREL OMAR GIBSON", (2) THE
PLAINTIFF HAS USED "TERREL OMAR GIBSON" IN
COMMERCE FOR APPROXIMATELY TWO (2)
DECADES, AND "TERREL OMAR GIBSON" IN COMMERCE
FOR OVER TWO (2) YEARS; (3) EACH DEFENDANT, IS
UNLAWFULLY USING AND CONTINUE TO USE "TERRELL
OMAR GIBSON" AND "TERREL OMAR GIBSON" IN

16

STATEMENT OF CLAIM, CONTINUED.

COMMERCE IN THE FURTHERANCE OF FLORIDA
DEPARTMENT OF CORRECTIONS AFFAIRS, WITHOUT
AUTHORIZATION AND PERMISSION FROM THE
PLAINTIFF; (4) THE DEFENDANTS, USAGE OF
"TERRELL OMAR GIBSON" AND "TERREL OMAR
GIBSON", HAS MADE THE DEFENDANTS A
SUBSTANTIAL AMOUNT OF MONEY, AND CAUSED
THE PLAINTIFF, TO LOSE A SUBSTANTIAL
AMOUNT OF MONEY; AND (5) THAT THE DEFENDANTS,
ARE USING "TERRELL OMAR GIBSON" AND "TERREL
OMAR GIBSON" IN WASHINGTON, D.C. AND IN
FLORIDA, WHERE "TERRELL OMAR GIBSON" AND
"TERREL OMAR GIBSON", EXIST AND ARE
OPERATED BY THE PLAINTIFF. (STATEMENT OF
FACTS, PARAGRAPHS 16-21).

DEFENDANTS ONE (1) THROUGH EIGHT (8), ARE
EACH EMPLOYED IN DIFFERENT CAPACITIES
WITHIN, AND BY, THE STATE OF FLORIDA.

DEFENDANT NINE (9), IS EMPLOYED BY THE
UNITED STATES.

AT ALL TIMES MENTIONED HEREIN, ALL
DEFENDANTS, WERE ACTING UNDER THE
COLOR OF LAW; WERE DELIBERATELY
INDIFFERENT TO THE PLAINTIFF'S RIGHTS; AND
ACTED WITH A GROSS, WILLFUL, AND FLAGRANT

17

STATEMENT OF CLAIM, CONTINUED.

DISREGARD FOR THE PLAINTIFF'S RIGHTS.

ALL DEFENDANTS, ARE BEING SUED IN THEIR
INDIVIDUAL CAPACITIES.

ALL DEFENDANTS BY CONTRACT HAVE
ALREADY & (1) AGREED, DECLARED, ETC. THAT THEIR
USAGE OF "TERRELL OMAR GIBSON" AND
"TERREL OMAR GIBSON" ARE UNAUTHORIZED
AND UNLAWFUL; (2) TO BE SUED FOR THE
MATTERS STATED HEREIN AND PAY THE
DAMAGES STATED HEREIN; AND (3) WAIVE ANY
AND ALL DEFENSES. (SEE STATEMENT OF
FACTS, PARAGRAPH 22, AND EXHIBIT E).

RELIEF SOUGHT.

FROM EACH DEFENDANT, ONE MILLION
DOLLARS ($1,000,000) PER DAY, IN COMPENSATORY
DAMAGES, STARTING FROM APRIL 30th, 2007, UNTIL
RESOLUTION OF THIS ACTION AND/OR UNTIL THEY
STOP UNLAWFUL USAGE OF "TERRELL OMAR
GIBSON" AND "TERREL OMAR GIBSON."

FROM EACH DEFENDANT, TEN MILLION
DOLLARS ($10,000,000) IN PUNITIVE DAMAGES.

FROM EACH DEFENDANT, ONE DOLLAR ($1.00)

18

<u>RELIEF SOUGHT, CONTINUED.</u>

IN NOMINAL DAMAGES.

A PRELIMINARY INJUNCTION, ENJOINING
THE DEFENDANTS, FROM FURTHER USAGE OF
THE PLAINTIFF'S LAWFUL PROPERTY "TERRELL
OMAR GIBSON" AND "TERREL OMAR GIBSON".


<u>UNNOTARIZED OATH.</u>

UNDER PENALTY OF PERJURY, I SWEAR
THAT EVERYTHING STATED HEREIN IS TRUE
AND CORRECT.

EXECUTED THIS __24th__ DAY OF __JUNE__ 2007.



B-4-S _Terrell Omar Gibson_ -
PLAINTIFF   PRO SE


TERRELL GIBSON, DC#L53709
UNION CORRECTIONAL INSTITUTION
7819 NORTHWEST 228TH STREET
RAIFORD, FLORIDA 32026


19

CERTIFICATE OF SERVICE

I HEREBY CERTIFY THAT A TRUE AND CORRECT COPY OF THE FOREGOING (DOCUMENT) HAS BEEN FURNISHED BY THE U.S. MAIL- POSTAGE PREPAID TO: UNITED STATES DIS. COURT TALLAHASSEE DIVISION 111 NORTH-ADAMS STREET TALLAHASSEE, FLORIDA 32301-7719.
ALSO, A COPY OF THE FOREGOING WAS SENT TO SAID COURT FOR EACH DEFENDANT.

THIS 24th DAY OF JUNE, 2007

TERRELL OMAR GIBSON
DC# L-53709
UNION. CORRECTIONAL. INST
7819 N.W 228 TH ST
RAIFORD, FLORIDA 32026

20

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF FLORIDA

TALLAHASSEE DIVISION

CASE NO.:

TERRELL OMAR GIBSON

PLAINTIFF

V.

CHARLIE J. CRIST, ET AL.,

DEFENDANTS

APPENDIX

EXHIBITS : (A-E) IS AS FOLLOW:

A.) ONE (1) FLORIDA DEPARTMENT OF CORRECTIONS (HEREINAFTER "FDOC") SPECIAL WITHDRAWAL FORM, AND ONE (1) FDOC INMATE BANK RECEIPT.

B.) ONE (1) BOOK ENTITLED "TERRELL OMAR GIBSON TERRELL OMAR GIBSON."

C.) ONE (1) FDOC SPECIAL WITHDRAWAL FORM, AND ONE (1) FDOC INMATE BANK RECEIPT.

D.) ONE (1) UNIFORM COMMERCIAL CODE - ONE (1) (UCC-1) FINANCING STATEMENT.

1

E.) ONE (1) COPY OF THE COMMON COPYRIGHT AND
TRADENAME NOTICE THAT WAS SENT OUT TO
EACH DEFENDANT AND THE PUBLIC ON, APRIL 30th,
2007. SIGNED AND DATED BY AFFIANT.

EXHIBIT   A

**DEPARTMENT OF CORRECTIONS**
**INMATE BANK TRUST FUND**
**SPECIAL WITHDRAWAL**

O - 2

02822

TO: _L.t. TAYLOR_                          FACILITY: _UNION. COPR. INST_
       OFFICER IN CHARGE

FROM: _TERREL GIBSON_                    _L-53709_
          INMATE NAME                              INMATE NUMBER

PLEASE ACCEPT THIS MEMO AS MY REQUEST TO WITHDRAW $ _45.00_   FROM MY
INMATE TRUST FUND ACCOUNT FOR THE PURPOSE OF: _FOR THE PURPOSE OF_
_COPYRIGHTING A BOOK. (TERRELL OMAR GIBSON. TERREL OMAR GIBSON_
_TX FORM)._

PLEASE MAKE THE TRUST FUND CHECK PAYABLE TO: _LIBRARY OF CONGRESS_
_COPYRIGHT OFFICE._

PLEASE MAIL THE CHECK TO: _LIBRARY OF CONGRESS COPYRIGHT OFFICE_
_PUBLICATIONS SECTION, LM-455, 101 INDEPENDENCE AVENUE S.E,_
_WASHINGTON D.C. 20559 - 6000_

DATE REQUESTED: _3/9/07_          REQUESTED BY: _Terrel Gibson._
                                                              INMATE'S SIGNATURE

RECEIVED BY: _____          _3/9/07_
                        OFFICER                                      DATE

APPROVED [✓]  _____ _L1._  _3-13-07_
DISAPPROVED [ ]
                   OFFICER IN CHARGE                          DATE

TRUST FUND CHECK NUMBER ISSUED _290330_   DATE ISSUED _3-27-07_

DC2-304 (Revised 5-00)

IBSR112 (11)

WITHDRAWAL NOTIFICATION

NUMBER:

DATE: 03/27/07                           FACILITY: UNION C.I.
WITHDRAWN FROM: L53709                HOUSING LOC: O2222S
               GIBSON, TERREL O.      P.O. BOX:

WITHDRAWAL TYPE: INDIVIDUAL CHECK      CHECK NO:   290330
         AMOUNT:        $45.00           PAYEE: LIBRARY OF CONGRESS COP
      REFERENCE: 0280945              ADDRESS: PUBLICATIONS SECTION LM
                                               101 INDEPENDENCE AVE SE
                                               WASHINGTON      DC 20559

ENDING BALANCE FOR 03/27/07:          $87.05

(handwritten notes)

17.9 9
0 X 80. 80
   87.05
  092.45 *

130.00
 65.00
 75.00

4.6 6
80 .3 .67
   .3 .32
2   6

45.00
87.05
132.05

50.00
50.00
45.00
10.00  } Sent out Already.
155.00

200
-20
180

50 } wolf
50 } OWE   St Pete.

87.05
-45.
 42

📖 **IBSS043**　　　　**Trust Fund Account Transaction**　　　　**4/2/07 10:57:32 AM**

## Account

**Account Type:**　　　　**Account ID:**　　**Account Name:**

| INMATE TRUST FUND | | L53709 | | GIBSON, TERREL O. |

## Account Transaction

**Date:**　　　　　**Type:**　　　　　**Status:**　　　　**As of Date:**

03/26/2007　　　INDIVIDUAL CHECK　　　PROCESSED　　　03/27/2007

**Trust Fund Location:**　　**Batch Date:**　　**Batch Number:**　　**Line Item:**

CENTRAL OFFICE　　　03/26/2007　　　0177　　　184

**Reference Number:**　　**Payee/Remitter:**

0290330　　　LIBRARY OF CONGRESS COPYRIGHT O

**Payee Address:**

PUBLICATIONS SECTION LM-455
101 INDEPENDENCE AVE SE
WASHINGTON        DC 20559

**Amount:**　　　　**Receipt Number:**

$45.00

**Comments:**

COPYRIGHT BOOK　　　　　　　　　　　　　[ Prior Page ]

## Related Lien Information

**Lien Date:**　　**Lien Type:**　　　　　　**Lien Reference:**

## Account Processing

**Inmate Deposit Correction:**　　**Inmate Withdrawal Correction:**　　**Transaction Correction:**

[ Correct Deposit ]　　　[ Correct Withdrawal ]　　　[ Create Offset ]

**Account ID:**　　　　**Account Name:**

[　　] [ Confirm ]　　　[■] [ Search ]

*EXHIBIT B*

TERRELL OMAR GIBSON

TERREL OMAR GIBSON

A   BOOK OF  NAME DERIVATIVES AND VARIATIONS.

AUTHOR: TERRELL OMAR GIBSON
WRITTEN: MARCH 5, 2007
COPYRIGHTED: 2007

1 OF 8

TERRELL OMAR GIBSON

TERRELL O. GIBSON

TERRELL OMAR G.

TERRELL O. G.

TERRELL GIBSON OMAR

TERRELL G. OMAR

TERRELL GIBSON O.

TERRELL G.O.

T. OMAR GIBSON

T. OMAR G.

T. O. GIBSON

T. GIBSON OMAR

T. GIBSON O.

T. G. OMAR

T. O. G.

2 OF 8

T. G. O.

GIBSON OMAR TERRELL

GIBSON O. TERRELL

GIBSON OMAR T.

GIBSON O. T.

GIBSON TERRELL OMAR

GIBSON T. OMAR

GIBSON TERRELL O.

GIBSON T. O.

G. OMAR TERRELL

G. OMAR T.

G. O. TERRELL

G. TERRELL OMAR

G. TERRELL O.

G. T. OMAR

3 OF 8

G. O. T.

G. T. O.

OMAR GIBSON TERRELL

OMAR G. TERRELL

OMAR GIBSON T.

OMAR G.T.

OMAR TERRELL GIBSON

OMAR T. GIBSON

OMAR TERRELL G.

OMAR T. G.

O. GIBSON TERRELL

O. GIBSON T.

O. G. TERRELL

O. TERRELL GIBSON

O. TERRELL G.

4 OF 8

O. T. GIBSON

O. G. T.

O. T. G.

TERREL OMAR GIBSON

TERREL O. GIBSON

TERREL OMAR G.

TERREL O. G.

TERREL GIBSON OMAR

TERREL G. OMAR

TERREL GIBSON O.

TERREL G. O.

T. OMAR GIBSON

T. OMAR G.

T. O. GIBSON

T. GIBSON OMAR

5 OF 8

T. GIBSON O.

T. G. OMAR

T. O. G.

T. G. O.

GIBSON OMAR TERREL

GIBSON O. TERREL

GIBSON OMAR T.

GIBSON O-T.

GIBSON TERREL OMAR

GIBSON T. OMAR

GIBSON TERREL. O.

GIBSON T.O.

G. OMAR TERREL

G. OMAR T.

G. O. TERREL

6 OF 8

G. TERREL OMAR

G. TERREL O.

G.T. OMAR

G.O.T.

G.T.O.

OMAR GIBSON TERREL

OMAR G. TERREL

OMAR GIBSON T.

OMAR G.T.

OMAR TERREL GIBSON

OMAR T. GIBSON

OMAR TERREL G.

OMAR T. G.

O. GIBSON TERREL

O. GIBSON T.

7 OF 8

O. G. TERREL

O. TERREL GIBSON

O. TERREL G.

O. T. GIBSON

O. G. T.

O. T. G.

AND ANY AND ALL OTHER POSSIBLE DERIVATIVES
AND VARIATIONS OF ANY AND ALL OF THE
FOREGOING.

EXHIBIT C

# DEPARTMENT OF CORRECTIONS
## INMATE BANK TRUST FUND
## SPECIAL WITHDRAWAL

TO: _L.T. Taylor_   FACILITY: _UNION CORR. INS._
OFFICER IN CHARGE

FROM: _Terrel Gibson_   _L-53709_
INMATE NAME   INMATE NUMBER

PLEASE ACCEPT THIS MEMO AS MY REQUEST TO WITHDRAW $ _10.00_ FROM MY
INMATE TRUST FUND ACCOUNT FOR THE PURPOSE OF: _FOR FILING A U.C_
_FINANCING STATEMENT_

PLEASE MAKE THE TRUST FUND CHECK PAYABLE TO: _DEPARTEMENT OF STATE_
_FLORIDA SECURED TRANSACTION REGISTRY_

PLEASE MAIL THE CHECK TO: _DEPARTEMENT OF STATE_
_FLORIDA SECURED TRANSACTION REGISTRY U.C.C FILING_
_P.O. BOX 6327, TALLAHASSEE, FLORIDA 32314_

DATE REQUESTED: _3 / 22 / 07_   REQUESTED BY: _Terrel Gibson_
INMATE'S SIGNATURE

RECEIVED BY: _____   _3/22/07_
OFFICER   DATE

APPROVED [ X ]   _3/22/07_
DISAPPROVED [ ]   _____
OFFICER IN CHARGE   DATE

TRUST FUND CHECK NUMBER ISSUED _291001_   DATE ISSUED _4407_

DC2-304 (Revised 5-00)

IBSR112 (11)

WITHDRAWAL NOTIFICATION

NUMBER:

              DATE: 04/04/07                    FACILITY: UNION C.I.
WITHDRAWN FROM: L53709                       HOUSING LOC: O2222S
               GIBSON, TERREL O.               P.O. BOX:

WITHDRAWAL TYPE: INDIVIDUAL CHECK             CHECK NO:    291601
          AMOUNT:       $10.00                   PAYEE: DEPT OF STATE FLORIDA S
       REFERENCE: 0282189                       ADDRESS: PO BOX 6327
                                                        TALLAHASSEE     FL 32314

ENDING BALANCE FOR 04/04/07:         $4.14

EXHIBIT D

UCC FINANCING STATEMENT

A) NAME AND PHONE OF CONTACT AT FILER:

B) SEND ACKNOWLEDGMENT TO: MR. TERRELL
OMAR GIBSON, D.C.#153709, UNION
CORRECTIONAL INSTITUTION, 7819 NORTHWEST
228TH STREET, RAIFORD, FLORIDA 32026.

1.) DEBTOR'S EXACT FULL LEGAL NAME

1A.) ORGANIZATION'S NAME: TERRELL OMAR
GIBSON; TERREL OMAR GIBSON
OR
1B.) INDIVIDUAL'S LAST NAME:
FIRST NAME:          MIDDLE NAME:
SUFFIX:

1C.) MAILING ADDRESS: UNION CORRECTIONAL
INSTITUTION, 7819 NORTHWEST 228TH STREET,
CITY: RAIFORD. STATE: FLORIDA. POSTAL
CODE: 32026. COUNTRY: USA.

1D.) SEE INSTRUCTIONS: NA     ADD'L INFO RE
ORGANIZATION DEBTOR 1E.) TYPE OF ORGANIZATION:
GOS LEGIS/TRUST. 1F.) JURISDICTION OF
ORGANIZATION: PRIVATE. 1G.) ORGANIZATIONAL
ID# IF ANY.                   ☐ NONE

1 OF 5

1) ADDITIONAL DEBTOR'S EXACT FULL LEGAL NAME:

2A) ORGANIZATION'S NAME:

OR

2B) INDIVIDUAL'S LAST NAME:        FIRST
NAME:        MIDDLE NAME:        SUFFIX:

2C) MAILING ADDRESS:        CITY:        STATE:
POSTAL CODE:        COUNTRY:

2D) SEE INSTRUCTIONS:        ADD'L INFO RE
ORGANIZATION DEBTOR:        2E) TYPE OF
ORGANIZATION:        2F) JURISDICTION OF
ORGANIZATION:        2G) ORGANIZATIONAL ID
#, IF ANY                        □ NONE

3) SECURED PARTY'S NAME

3A) ORGANIZATION'S NAME:

OR

3B) INDIVIDUAL'S LAST NAME: GIBSON, FIRST
NAME: TERRELL, MIDDLE NAME: OMAR
SUFFIX:

3C) MAILING ADDRESS: UNION CORRECTIONAL
INSTITUTION, D.C. #155709, 7819 NORTHWEST
228TH STREET. CITY: RAIFORD        STATE:
FLORIDA POSTAL CODE: 32026 COUNTRY: USA

4) THIS FINANCING STATEMENT COVERS THE
FOLLOWING COLLATERAL, ETC.:
FLORIDA DOCUMENTARY STAMP TAX IS NOT REQUIRED
THIS IS THE ENTRY OF THE COLLATERAL RECORD
OWNER: TERRELL OMAR GIBSON, AND OF THE DEBTOR
TERREL OMAR GIBSON IN THE COMMERCIAL
CHAMBER UNDER NECESSITY AND THE FOLLOWING
PROPERTY IS HEREBY REGISTERED IN THE
SAME: ALL CERTIFICATE OF BIRTH DOCUMENTS,
ALL DL DOCUMENTS, ETC. BARING THE #: G125-
814-77-186-0, ALL INS. DOCUMENTS, ETC. BARING
THE #: SS 079-424-228 AND CIUSA0794242289SRC-
0202953721SKK770576780050305I.BHSKKKKKKKKK
KK76IBSONKKTERRELKKKKKKKKKKKKKKKK, ALL S.S.N
DOCUMENTS, ETC. BARING THE #: 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, ALL
AW. DOCUMENTS, ETC. BARING THE #: FL03013-
885, ALL BCN DOCUMENTS, ETC. BARING THE #:
0248802, ALL DOCUMENTS, ETC. BARING THE #:
030189104EMB, ALL DOCUMENTS, ETC. BARING THE
#: US2 FW/011304/0830/010704/F AND/OR
ANY DERIVATIVES AND/OR VARIATIONS OF THE
FOREGOING. ALL OF THE FOREGOING ARE HEREBY
LIENED AND CLAIMED AT A SUM OF $500,000,
000.00. THE FOLLOWING ARE ALSO HEREBY
REGISTERED IN THE COMMERCIAL CHAMBER:
THE FEDERAL COPYRIGHTED "BOOK TERRELL OMAR
GIBSON TERREL OMAR GIBSON", AND ALL
DOCUMENTS, ETC. BARING THE REGISTRATION # ON
THE FOREGOING. THE FEDERAL COPYRIGHTED
BOOK OF SONGS "2 FACE THE STRUGGLE", ALL

3 OF 5

SONGS IN SAID BOOK, THE NAME "2 FABE", AND
ALL DOCUMENTS, ETC. DURING THE REGISTRA-
TION ON THE FOREGOING. THE COMMON LAW
COPYRIGHT AND TRADE-NAME NOTICE ON
"TERRELL OMAR GIBSON AND/OR TERREL
OMAR GIBSON." ALL OF THE FOREGOING ARE
HEREBY OWNED AND CLAIMED AT A SUM
OF $7,000,000,000.00 A PIECE. THIS REGISTRATION
IS TO SECURE ALL THE RIGHTS, TITLES,
INTEREST, ETC. IN ALL OF THE FOREGOING,
AND ON ALL DNA, RETNA SCANS AND ALL
DEBENTURES, INDENTURES, ACCOUNTS AND ALL
THE PLEDGES REPRESENTED BY THE SAME
INCLUDED BUT NOT LIMITED TO THE PIGNUS,
HYPOTHECA, HEREDITAMENTS, RES, THE ENERGY, AND
ALL PRODUCTS DERIVED THERE FROM, INCLUDING
TIME, BUT NOT LIMITED TO ALL CAPITALIZED
NAMES: TERRELL OMAR GIBSON, TERREL OMAR
GIBSON, TERREL O. GIBSON, TERREL O. GIBSON, AND
ANY AND ALL DERIVATIVES AND VARIATIONS,
BUT ALSO FOR ALL CONTRACTS, AGREEMENTS,
SIGNATURES AND/OR ENDORSEMENTS,
FACSIMILES, PRINTED, TYPED, PHOTOCOPIED, ETC.
OF THE FOREGOING NAMES. UCC (ENS RECORD) ALL
PROPERTY IS ACCEPTED FOR VALUE AND
EXEMPT. FOR LEVY. RECORD OWNER IS NOT
THE GUARANTOR OR SURETY TO ANY OTHER
ACCOUNT BY EXPLICIT RESERVATION.
ADJUSTMENT OF THIS FILING IS FROM PUBLIC
POLICY HTR-192, U.C.C. 1-204 AND U.C.C. 10-104.

4 OF 5

ALL PROCEEDS, PRODUCTS, ACCOUNTS, BAGGAGE
AND FIXTURES AND THE ORDERS THERE-
FROM ARE TO BE RELEASED TO THE
SECURED PARTY AS THE AUTHORIZED
REPRESENTATIVE OF THE DEBTOR. DEBTOR
IS A COMMERCIAL TRANSMITTING UTILITY
AND IS A TRUST.

5) ALTERNATIVE DESIGNATION, [IF APPLICABLE]:
☐ LESSEE/LESSOR      ☐ CONSIGNEE/CONSIGNOR
☐ BAILEE/BAILOR      ☐ SELLER/BUYER
☐ A.G. LIEN          ☐ NON-U.C.C. FILING

6) ☐ THIS FINANCING STATEMENT IS TO BE
FILED [FOR RECORD] [OR RECORDED] IN THE
REAL ESTATE RECORDS.   ATTACH
ADDENDUM.              [IF APPLICABLE]

7) CHECK TO REQUEST SEARCH REPORT(S) ON
DEBTOR(S): ☐ ALL DEBTORS   ☐ DEBTOR 1
☐ DEBTOR 2. [ADDITIONAL FEE] [OPTIONAL]

8) OPTIONAL FILER REFERENCE DATA: 3/22/07

SECURED PARTY — TERRELL OMAR GIBSON

FILING OFFICE COPY—UCC FINANCING
STATEMENT (FORM UCC3)

5 OF 5

EXHIBIT E

COMMON LAW COPYRIGHT AND TRADENAME

NOTICE

NAMES: TERRELL OMAR GIBSON
TERREL OMAR GIBSON

THIS IS A COMMON LAW COPYRIGHT AND TRADENAME NOTICE ON THE NAMES "TERRELL OMAR GIBSON" AND "TERREL OMAR GIBSON" AS WELL AS ANY AND ALL OTHER DERIVATIVES AND VARIATIONS IN THE SPELLINGS, ABBREVIATIONS, ETC. OF THE FOREGOING NAMES.

THE NAMES MENTIONED HEREIN MAY NEITHER BE USED, OR REPRODUCED IN WHOLE OR IN PART, IN ANY MANNER WHATSOEVER, WITHOUT THE PRIOR EXPRESSED NOTARIZED WRITTEN CONSENT AND ACKNOWLEDGMENT OF MR. TERRELL OMAR GIBSON.

WITH THE INTENT OF BEING CONTRACTUALLY BOUND, ALL PERSONS, CORPORATIONS, BUSINESSES, AGENCIES, ENTITIES, REPRESENTATIVES, ETC., AS WELL AS ANY AGENTS OF ANY OF THE FOREGOING, CONSENTS AND AGREES BY THIS NOTICE THAT ANY OF THE FOREGOING, OR ANY AGENTS OF THE FOREGOING WILL NOT DISPLAY OR OTHERWISE USE IN ANY

1 OF 8

MANNER WHATSOEVER, THE NAMES MENTIONED
HEREIN, WITHOUT PRIOR EXPRESSED NOTARIZED
WRITTEN CONSENT AND ACKNOWLEDGMENT OF
MR. TERRELL OMAR GIBSON.

MR. TERRELL OMAR GIBSON NEITHER GRANTS, NOR
IMPLIES, NOR OTHERWISE GIVES CONSENT FOR
ANY UNAUTHORIZED USE OF THE NAMES "TERRELL
OMAR GIBSON" AND "TERREL OMAR GIBSON", OR ANY
DERIVATIVES OR VARIATIONS IN THE SPELLING OF
SAID NAMES, AND ALL SUCH UNAUTHORIZED USE
IS STRICTLY PROHIBITED.

BY THIS COMMON LAW COPYRIGHT AND TRADENAME
NOTICE ALL USERS CONSENT AND AGREE THAT ANY
USE WHATSOEVER OF THE NAMES "TERRELL OMAR
GIBSON" AND "TERREL OMAR GIBSON", OTHER THAN
AUTHORIZED USE AS SET FORTH ABOVE, CONSTITUTES
UNAUTHORIZED AND UNLAWFUL USE OF SAID NAMES
AND CONTRACTUALLY BINDS ALL USERS.

THIS NOTICE BY DECLARATION BECOMES A
SECURITY AGREEMENT WHEREIN USER IS A
DEBTOR AND MR. TERRELL OMAR GIBSON IS THE
SECURED PARTY.

ANY AND ALL UNAUTHORIZED AND UNLAWFUL
USERS OF THE NAMES "TERRELL OMAR GIBSON" AND
"TERREL OMAR GIBSON" CONTRACTUALLY AGREE,
DECLARE, PROMISE, ETC. TO: (1) PAY MR. TERRELL

2 OF 8

OMAR GIBSON THE SUM OF ONE MILLION DOLLARS
(1,000,000) PER UNAUTHORIZED USE, PLUS TRIPLE
DAMAGES FOR EACH SUCH USE, AS WELL AS FOR EACH
AND EVERY USE OF ANY AND ALL DERIVATIVES AND/
OR VARIATIONS IN THE SPELLING, ABBREVIATING, ETC.
OF THE FOREGOING NAMES; (2) GRANT MR. TERRELL
OMAR GIBSON A SECURITY INTEREST IN ALL OF
THE USERS PROPERTY AND INTEREST IN PROPERTY
IN THE SUM OF ONE MILLION DOLLARS (1,000,000) PER
UNAUTHORIZED USE, PLUS TRIPLE DAMAGES PER EACH
SUCH USE, AS WELL AS FOR EACH AND EVERY USE OF
ANY AND ALL DERIVATIVES AND/OR VARIATIONS
IN THE SPELLING, ABBREVIATING, ETC. OF THE
FOREGOING NAMES; (3) PLEDGE ALL OF USERS
PROPERTY, I.E. ALL CONSUMER GOODS, FARM PRODUCTS,
INVENTORY, EQUIPMENT, MONEY, INVESTMENT
PROPERTY, PROPERTY, VEHICLES, BOATS, AIRPLANES,
COMMERCIAL TORT CLAIMS, LETTERS OF CREDIT, LETTER-
OF-CREDIT RIGHTS, CHATTEL PAPERS, INSTRUMENTS,
DEPOSIT ACCOUNTS, ACCOUNTS, STOCKS, BONDS, DOCUMENTS,
ANY AND ALL OTHER PROPERTY, ETC., AND ALL USERS
INTEREST IN ALL SUCH FOREGOING PROPERTY, NOW
OWNED AND HEREAFTER ACQUIRED, NOW EXISTING
AND HEREAFTER ARISING, AND WHEREVER
LOCATED, AS COLLATERAL FOR SECURING USERS
CONTRACTUAL OBLIGATION TO MR. TERRELL OMAR
GIBSON FOR USERS UNAUTHORIZED USE OF MR.
TERRELL OMAR GIBSONS NAMES/SECURED
PROPERTY AS STATED HEREIN; (4) CONSENTS AND
AGREES WITH MR. TERRELL OMAR GIBSONS FILING

3 OF 8

OF A U.C.C. FINANCING STATEMENT WHEREIN USER IS DEBTOR AND MR. TERRELL OMAR GIBSON IS THE SECURED PARTY, (5) AUTHENTICATES THIS SECURITY AGREEMENT WHEREIN USER IS DEBTOR AND MR. TERRELL OMAR GIBSON IS SECURED PARTY (6) CONSENTS AND AGREES THAT THE U.C.C. FINANCING STATEMENT STATED HEREIN IS A CONTINUING FINANCING STATEMENT, AND FURTHER CONSENTS AND AGREES WITH MR. TERRELL OMAR GIBSON'S FILING OF ANY CONTINUATION STATEMENTS NECESSARY FOR MAINTAINING MR. TERRELL OMAR GIBSON'S PERFECTED SECURITY INTEREST IN ALL OF THE USER'S PROPERTY AND INTEREST IN PROPERTY PLEDGED AS COLLATERAL STATED HEREIN UNTIL USER'S CONTRACTUAL OBLIGATIONS THERETOFORE INCURRED HAS BEEN FULLY SATISFIED, (7) AUTHORIZES MR. TERRELL OMAR GIBSON'S FILING OF ANY U.C.C. FINANCING STATEMENT AS DESCRIBED HEREIN, AND THE FILING OF ANY SECURITY AGREEMENT AS DESCRIBED HEREIN IN THE U.C.C. FILING OFFICE, (8) CONSENTS AND AGREES THAT ANY AND ALL SUCH FILINGS ARE NOT, AND MAY NOT BE CONSIDERED BOGUS, INSUFFICIENT, ETC., AND THAT USER WILL NOT CLAIM THAT ANY SUCH FILINGS ARE BOGUS, INSUFFICIENT, ETC., (9) WAIVE ALL DEFENSES IN LAW, FACT, ETC. THAT MAY EXIST, AND (10) APPOINT MR. TERRELL OMAR GIBSON AS AUTHORIZED REPRESENTATIVE FOR USER, EFFECTIVE UPON USER'S DEFAULT, I.E. USER'S CONTRACTUAL OBLIGATIONS IN FAVOR OF MR.

TERRELL OMAR GIBSON AS SET FORTH BELOW
UNDER "PAYMENT TERMS" AND "DEFAULT TERMS,
WITH FULL AUTHORIZATION AND POWER GRANTED
MR. TERRELL OMAR GIBSON FOR ENGAGING IN ANY
AND ALL ACTIONS ON BEHALF OF USER INCLUDING,
BUT NOT LIMITED BY, AUTHENTICATION OF A
RECORD ON BEHALF OF USER, AS MR. TERRELL OMAR
GIBSON BEING SECURED PARTY IN SECURED PARTY'S
SOLE DISCRETION, DEEMS APPROPRIATE, AND USER
FURTHER CONSENTS AND AGREES THAT THIS
APPOINTMENT OF MR. TERRELL OMAR GIBSON
SECURED PARTY AS AUTHORIZED REPRESENTATIVE
FOR USER, BE EFFECTIVE UPON USER'S DEFAULT,
AND IS IRREVOCABLE AND COUPLED WITH A
SECURITY INTEREST. USER FURTHER CONSENTS
AND AGREES WITH ALL OF THE FOLLOWING
ADDITIONAL TERMS OF THIS SELF-EXECUTING
CONTRACT/SECURITY AGREEMENT IN EVENT OF
UNAUTHORIZED USE.

PAYMENT TERMS: IN ACCORDANCE WITH THE
FEES FOR UNAUTHORIZED USE OF THE NAMES
"TERRELL OMAR GIBSON" AND/OR "TERREL OMAR
GIBSON", AS SET FORTH ABOVE, USER HEREBY
CONSENTS AND AGREES THAT USER SHALL PAY
MR. TERRELL OMAR GIBSON ALL UNAUTHORIZED-
USE FEES IN FULL WITHIN FIFTEEN (15) DAYS
OF DATE ON MR. TERRELL OMAR GIBSON
SECURED PARTY'S INVOICE (HEREINAFTER
"INVOICE"), ITEMIZING SAID FEES.

DEFAULT TERMS: IN EVENT OF NON-PAYMENT
OF ALL UNAUTHORIZED-USE FEES BY USER WITHIN
FIFTEEN (15) DAYS OF THE DATE ON MR. TERRELL
OMAR GIBSON'S / SECURED PARTY'S INVOICE, USER
SHALL BE DEEMED IN DEFAULT AND (A) ALL OF
USER'S PROPERTY AND INTEREST IN PROPERTY
PLEDGED AS COLLATERAL BY USER AS STATED
HEREIN, IMMEDIATELY BECOMES THE PROPERTY
OF MR. TERRELL OMAR GIBSON / SECURED PARTY,
(B) MR. TERRELL OMAR GIBSON IS APPOINTED
USER'S AUTHORIZED REPRESENTATIVE AS SET
FORTH HEREIN, AND USER CONSENTS AND
AGREES THAT MR. TERRELL OMAR GIBSON /
SECURED PARTY MAY TAKE POSSESSION OF, AS
WELL AS OTHERWISE DISPOSE OF IN ANY
MANNER IN HIS SOLE DISCRETION, AND AS HE
DEEMS APPROPRIATE, AT ANY TIME FOLLOWING
USER'S DEFAULT, WITHOUT FURTHER NOTICE.

TERMS FOR CURING DEFAULTS: UPON EVENT OF
DEFAULT, AS SET FORTH HEREIN, IRRESPECTIVE OF
ANY AND ALL OF USER'S FORMER PROPERTY AND
INTEREST IN PROPERTY IN THE POSSESSION OF,
AS WELL AS DISPOSED OF BY MR. TERRELL OMAR
GIBSON / SECURED PARTY, AS AUTHORIZED ABOVE,
USER MAY CURE USER'S DEFAULT AS IT CONCERNS
ONLY THE REMAINDER OF USER'S FORMER
PROPERTY AND INTEREST IN PROPERTY PLEDGED
AS COLLATERAL THAT IS NEITHER IN THE
POSSESSION OF, NOR OTHERWISE DISPOSED OF BY,

6 OF 8

MR. TERRELL OMAR GIBSON / SECURED PARTY
WITHIN TWENTY (20) DAYS OF THE DATE OF USER'S
DEFAULT ONLY BY PAYMENT IN FULL.

TERMS OF STRICT FORECLOSURE: USER'S NON-
PAYMENT IN FULL OF ALL UNAUTHORIZED USE
FEES ITEMIZED IN THE INVOICE WITHIN TWENTY (20)
DAY PERIOD FOR CURING DEFAULT AS SET FORTH
ABOVE UNDER "TERMS FOR CURING DEFAULT"
AUTHORIZES MR. TERRELL OMAR GIBSON /
SECURED PARTY IMMEDIATE NON-JUDICIAL AND/
OR JUDICIAL STRICT FORECLOSURE (HOWEVER,
MR. TERRELL OMAR GIBSON / SECURED PARTY
CHOOSES) ON ANY AND ALL PROPERTY AND
INTEREST PROPERTY PLEDGED AS COLLATERAL BY
USER, NOW PROPERTY OF MR. TERRELL OMAR
GIBSON / SECURED PARTY, WHICH IS NOT IN THE
POSSESSION OF, NOR OTHERWISE DISPOSED OF BY
MR. TERRELL OMAR GIBSON / SECURED PARTY,
UPON EXPIRATION OF SAID TWENTY (20) DAY
STRICT FORECLOSURE PERIOD.

ORIGINAL COPYRIGHT DATE: MAY 26ᵗʰ 1977

COMMON LAW COPYRIGHT AND TRADE NAME
NOTICE DATE: 4/30/07

LEGAL, BINDING, AND EXECUTED ON: APRIL
30ᵀᴴ, 2007

COPYRIGHT AND TRADENAME OWNER,

_Terrell Omar Gibson_
AFFIANT

MR. TERRELL OMAR GIBSON
DC# L-53709
UNION. CORRECTIONAL. INSTITUTION
7819 NORTHWEST 228TH, Street
RAIFORD. FLORIDA 32026

## UNNOTARIZED OATH

UNDER (F.S 92.525) I SWEAR THAT EVERYTHING STATED HEREIN IS TRUE AND CORRECT.

EXECUTED THIS 30TH, DAY OF APRIL 2007

COPYRIGHT AND TRADENAME OWNER,

_Terrell Omar Gibson_
AFFIANT

8 of 8